**Ex Parte George WYATT Jr.**

**No. 05–11–01077–CV.**

Court of Appeals of Texas, Dallas.

Jan. 25, 2013.

George Wyatt Jr., pro se.

G. Brian Garrison and Larissa Roeder, Dallas, TX, for appellees.

Before Chief Justice WRIGHT, and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Justice LANG–MIERS.

Appellant's brief in this case is overdue. By letter dated April 23, 2012, we notified appellant the time for filing his brief had expired and directed appellant to file his brief and an extension motion within ten days. By order dated August 13, 2012, we denied appellant's motion for appointment of counsel. By letter dated October 15, 2012, we again notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(a)(1); 42.3(b),(c).